**Order entered October 30, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01051-CR

## EX PARTE BRADRICK J. COLLINS

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. M17-18553-F**

## ORDER

We **REINSTATE** this appeal. The record has been filed in this appeal.

We **ORDER** appellant to file his brief by **November 20, 2018**. We **ORDER** the State to file its brief by **December 10, 2018**. If either party fails to file a brief by the due date, the appeal will be submitted without that party's brief.

The Court will notify the parties of the submission date and panel assignment upon completion of briefing.

/s/    CRAIG STODDART
JUSTICE